UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 22, 2011

Pam Bondi
Office of the Attorney General
1300 RIVERPLACE BLVD STE 405
JACKSONVILLE, FL 32207-1815

Appeal Number: 11-10695-DD
Case Style: James Logan v. Andrew Smith, et al
District Court Docket No: 3:07-cv-01156-TJC-JBT

Appellant/petitioner's pro se brief has been received. Enclosed is a copy of the brief. Appellee's brief is due to be filed 30 days from the date recited in the certificate of service of appellant's brief. Consistent with Rule 31(a) of the Federal Rules of Appellate Procedure, the court has directed that the time for filing of appellee's brief shall run from the time of service of appellant's brief, even if appellant's brief is tendered for filing out of time or otherwise fails to comply with the court's rules. If you have not entered your appearance in this appeal, please note that the clerk may not accept your motions or other filings. See 11th Cir. R. 46-5. Appearance of Counsel Forms are available on the court's Web site at www.ca11.uscourts.gov. Motions for extensions of time to file a brief are frowned upon by the court.

In addition to providing the required number of paper copies of briefs, all parties (except pro se parties) are required, additionally, to provide briefs in electronic format as described in 11th Cir. R. 31-5 and the instructions provided on the court's Web site. Electronic briefs must be in Adobe Acrobat ® PDF file format. The electronic brief must be completely contained in one PDF file, i.e., cover page through and including the certificate of service. An EDF ID number is needed to upload your brief. If you don't already have an EDF number, please contact the clerk assigned to your case. When uploading a brief for the first time, you will be prompted to register and create a password known only by you for all future uploads.

Sincerely,
Gordon Fields
JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD
Phone #: (404) 335-6176

BR-10 Aple brf due Pro Se Aplt brf